

FILED IN OPEN COURT

NOV 2 2019

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-CR-328 |
| v. ) | |
| ) | |
| SAMSUNG HEAVY INDUSTRIES CO. LTD ) | |
| ) | |
| Defendant ) | |

## ORDER

Upon consideration of Defendant Samsung Heavy Industries Co., Ltd.'s Notice of Waiver of Appearance and Motion for Order that Defendant Need Not Appear, it is hereby **ORDERED** that the motion is **GRANTED**.

**SO ORDERED**

Dated: 11/22/19

T.S. Ellis, III
U.S. District Court Judge